```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

        v.                                    Case No. 08-cr-122-01-SM

Jessica Belleville


O R D E R

Defendant's assented-to motion to continue the trial (document no. 11) is granted. Trial has been rescheduled for the March 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 12, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:  March 6, 2009 at 3:30 PM

Jury Selection:             March 17, 2009 at 9:30 AM


SO ORDERED.


January 5, 2009                       Steven J. McAuliffe
                                      Chief Judge

cc:    Donald Feith, Esq.
       R. Brian Snow, Esq.
       U. S. Probation
       U. S. Marshal