UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                              Case No.  08-cr-122-01-SM

Jessica Belleville,
    Defendant

O R D E R

Defendant Belleville's motion to continue the trial is granted (document no. 15).  Trial has been rescheduled for the month of April 2009.  Defendant Belleville shall file a waiver of speedy trial rights not later than March 12, 2009.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

The Change of Plea Hearing or Final Pretrial Conference is scheduled for April 8, 2009 at 11:30 a.m.

Jury selection will take place on April 17, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 5, 2009

cc:  R. Brian Snow, Esq.
     Don Feith, AUSA
     U.S. Marshal
     U.S. Probation